UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>FOO YUAN FOOD PRODUCTS<br>COMPANY, INC.,<br>HSING CHUANG (aka George Chuang),<br>and SUSAN CHUANG,<br><br>                      Defendants. | Civil Action No.<br>18-CV-4689<br>(Vitaliano, J.)<br>(Pollak, M.J.) |

**NOTICE OF MOTION FOR DEFAULT JUDGMENT AND ORDER PURSUANT TO FED. R. CIV. P. 55(a)**

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support of the United States of America's Motion for Default Judgment, and the pleadings, papers, and proceedings herein to date, Plaintiff, the United States of America, will move this Court, before the Honorable Eric N. Vitaliano, on April 8, 2019, or at a time and at a date to be designated by the Court, for an order pursuant to Fed. R. Civ. P. 55 directing the entry of a default judgment in favor of the United States of America and against the defendants Foo Yuan Food Products Company, Inc., Hsing Chuang (aka George Chuang), and Susan Chuang (collectively, the "Defaulting Defendants") upon the ground that no answer or other defense has been filed by the Defaulting Defendants.

The above-entitled action seeks permanent injunctive relief pursuant to 21 U.S.C. § 332(a), enjoining the Defaulting Defendants from violating 21 U.S.C. §§ 331(a) and 331(k), provisions of the Federal Food, Drug, and Cosmetic Act (the "Act") by causing to be introduced or delivered for introduction into interstate commerce food that is adulterated (§ 331(a)) and by

causing food to become adulterated while such food is held for sale after shipment of one or more of its components in interstate commerce (§ 331(k)).

The United States will ask this Court to enter a Default Judgment and Order, including a permanent injunction enjoining the Defaulting Defendants, their agents, or employees, consistent with the annexed proposed Default Judgment and Order.

DATED this 21st day of March, 2019.

Respectfully submitted,

| | |
|---|---|
| RICHARD P. DONOGHUE<br>United States Attorney<br>Eastern District of New York | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division |
| | JAMES M. BURNHAM<br>Deputy Assistant Attorney General<br>Civil Division |
| By:_____/s/_____<br>MICHAEL CASTIGLIONE<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Eastern District of New York<br>271-A Cadman Plaza East<br>Brooklyn, New York 11201<br>(718) 254-7533 | GUSTAV W. EYLER<br>Acting Director<br>Consumer Protection Branch<br><br>OF COUNSEL:<br><br>ROBERT P. CHARROW<br>General Counsel<br><br>STACY CLINE AMIN<br>Chief Counsel<br>Food and Drug Division<br><br>ANNAMARIE KEMPIC<br>Deputy Chief Counsel for Litigation<br><br>TARA BOLAND<br>Associate General Counsel for Enforcement<br>Office of the Chief Counsel<br>Food and Drug Administration |

To: Foo Yuan Food Products Company, Inc.
2301 Borden Ave.
Long Island City, NY 11101

Hsing Chuang (aka George Chuang)
2301 Borden Ave.
Long Island City, NY 11101

Susan Chuang
2301 Borden Ave.
Long Island City, NY 11101