# **DECLARATION OF SERVICE**

Loan Nguyen, hereby declares and states as follows:

That on the 21st day of March 2019, I caused to be sent from the 7th Floor, 271 Cadman Plaza East, Brooklyn, New York by U.S. Mail the following:

- **NOTICE OF MOTION FOR DEFAULT JUDGMENT AND ORDER PURSUANT TO FED. R. CIV. P. 55(a);**

- **MEMORANDUM OF LAW IN SUPPORT OF THE UNITED STATES OF AMERICA'S MOTION FOR DEFAULT JUDGMENT AND ORDER PURSUANT TO FED. R. CIV. P. 55;**

- **DECLARATION OF MICHAEL J. CASTIGLIONE; and**

    4.   **DEFAULT JUDGMENT AND ORDER PURSUANT TO FED. R. CIV. P. 55.**

Of which the annexed is a true copy, contained in a securely enclosed postpaid wrapper directed to the person at the place and address(es) as follows:

**Foo Yuan Food Products Company, Inc.**
**2301 Borden Avenue,**
**Long Island City, New York 11101**

**Hsing Chuang**
**2301 Borden Avenue**
**Long Island City, New York 11101**

**Susan Chuang**
**2301 Borden Avenue**
**Long Island City, New York 11101**

The undersigned affirms under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
         March 21, 2019

*/s/* Loan Nguyen_____
Loan Nguyen